IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND L. BERG                                                      PLAINTIFF

v.                              CIVIL NO. 06-5166

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                      DEFENDANT

## J U D G M E N T

Now on this 7th day of August, 2007, comes on for consideration the Report and

Recommendation dated July 20, 2007, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.