```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

RAYMOND L. BERG                                              PLAINTIFF

v.                          Case No. 06-5166

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                               DEFENDANT

## ORDER

Currently before the Court is a pro se pleading filed by the plaintiff which the Court has construed as a **Motion to Reopen (Doc. 13)**. The Court, being well and sufficiently advised, finds and orders as follows:

1. On July 20, 2007, Magistrate Judge James Marschewski issued a Report and Recommendation recommending affirming the ALJ's decision and dismissing plaintiff's case with prejudice. No objections were filed to the Report and Recommendation and, on August 7, 2007, the Court adopted it and dismissed plaintiff's complaint.

2. On August 17, 2007, the plaintiff filed the motion now before the Court, stating that he did not receive the Report and Recommendation or any other correspondence from February 2007 through August 7, 2007, when he received a letter notifying him that his case had been closed.

3. Upon due consideration, plaintiff's **Motion to Reopen (Doc. 13)** is **GRANTED** for the limited purpose of allowing plaintiff

to file objections to the Report and Recommendation.  **The objections shall be due by September 14, 2007.**

    The United States District Court Clerk is directed to forward a copy of the Report and Recommendation, along with a copy of this order, to the plaintiff.

    IT IS SO ORDERED this 23rd day of August 2007.

                                                /S/JIMM LARRY HENDREN
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE